IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA JONES, SAVANNAH FLUKER,
VERNITA JONES, LASHUNDA JONES,
GWENDOLYN JONES, JANICE
LAMBERT, ANTHONY ROSS, WINONA
ROBINSON, PEARLIE HOLMES,
DOROTHY DAVIS, PATRICIA ROBBINS,
REGINA CURTIS, TONI THOMAS,
ANGELA TATUM, TRACY STARKS,
LATUNYA CRANE, ANNETTE PICKENS,
BARBARA RAGLAND, AND JOYCE FORTE,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED                                          PLAINTIFFS

v.                        Case No. 5:12-cv-00057-KGB

CORIZON, INC., f/k/a CORRECTIONAL
MEDICAL SERVICES, INC. d/b/a
CORRECTION MEDICAL SYSTEMS                                          DEFENDANT

## AMENDED ORDER

Before the Court is plaintiffs' motion to withdraw Amber Schubert as named counsel (Dkt. No. 46). For good cause shown, plaintiffs' motion is granted. Amber Schubert is no longer assigned as counsel of record for plaintiffs.

SO ORDERED this 7 day of December, 2012.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE