IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LINDA JONES, SAVANNAH FLUKER,
VERNITA JONES, LASHUNDA JONES,
GWENDOLYN JONES, JANICE
LAMBERT, ANTHONY ROSS, WINONA
ROBINSON, PEARLIE HOLMES,
DOROTHY DAVIS, PATRICIA ROBBINS,
REGINA CURTIS, TONI THOMAS,
ANGELA TATUM, TRACY STARKS,
LATUNYA CRANE, ANNETTE PICKENS,
BARBARA RAGLAND, AND JOYCE FORTE,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED                                        PLAINTIFFS

v.                        Case No. 5:12-cv-00057-KGB

CORIZON, INC., f/k/a CORRECTIONAL
MEDICAL SERVICES, INC. d/b/a
CORRECTION MEDICAL SYSTEMS                                       DEFENDANT

## ORDER

Before the Court is the parties' joint motion for order setting scheduling conference, for entry of amended scheduling order and to continue trial date (Dkt. No. 99). The Court will conduct a scheduling conference by telephone on the parties' joint motion on April 22, 2013, beginning at 2:30 p.m.

SO ORDERED this 16th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE