# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LINDA JONES, individually and on behalf of others similarly situated, ET AL.**　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　Case No. 5:12-cv-00057 KGB

**CORIZON, INC.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has been informed of the parties' settlement on or about October 29, 2013. Plaintiffs brought this action asserting, among other claims, a claim under 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"). The Court is required to approve the wage and hour settlement reached and, therefore, directs the parties to submit the appropriate filings to permit this Court to evaluate the settlement. The Court must approve the settlement before entering an order of dismissal.

SO ORDERED this 12th day of November, 2013.

_____
Kristine G. Baker
United States District Judge